UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60735-CIV-DIMITROULEAS/ROSENBAUM

BROEREN RUSSO BUILDERS, INC.,

    Plaintiff,

v.

TGI FRIDAY'S, INC.,

    Defendant.
_____/

### ORDER

This matter comes before the Court upon Plaintiff Broeren Russo Builders, Inc.'s Motion to Compel Responses to Second Set of Interrogatories Propounded to Defendant [D.E. 47] and Plaintiff's Motion to Consider Proposed Agreed Order. [D.E. 52]. The Court has reviewed these documents, as well as Defendant's Response in Opposition to Plaintiff's Motion to Compel Defendant's Responses to Second Set of Interrogatories Propounded to Defendant and Incorporated Memorandum of Law in Support Thereof [D.E. 50], and the Court file. Upon consideration of these materials, it is hereby **ORDERED and ADJUDGED** as follows:

    1.  Plaintiff's Motion to Consider Proposed Agreed Order [D.E. 52] is **GRANTED**. The Court has considered the Proposed Agreed Order, which proposes a stipulated resolution to Plaintiff's Motion to Compel Responses to Second Set of Interrogatories Propounded to Defendant [D.E. 47], and adopted the contents of it as noted in numbered paragraph 2 of this Order.

    2.  Plaintiff's Motion to Compel Responses to Second Set of Interrogatories Propounded to Defendant is hereby **GRANTED IN PART** and **DENIED IN PART**.

        A.    Defendant has provided verbal responses to Interrogatories No. 5 and No. 7

    and shall provide executed supplemental responses within seven days of the date of this Order.

  B. With regard to the Coral Springs restaurant, Defendant shall provide responses to Interrogatory No. 6 within thirty days of this Order.

  C. With respect to the Plantation restaurant, Defendant shall provide responses to Interrogatory No. 6 within thirty days of obtaining the permit from the City of Plantation.

3. The hearing scheduled for Wednesday, January 16, 2008, at 10:00 a.m., on Plaintiff's Motion to Compel Responses to Second Set of Interrogatories Propounded to Defendant [D.E. 47] is canceled.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 15th day of January, 2008.

              _____
              ROBIN S. ROSENBAUM
              United States Magistrate Judge

cc: Honorable William P. Dimitrouleas
   Counsel of Record